# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-10009-CIV-KING/TORRES

STEVEN LEVINE,

     Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,
A Florida corporation, d/b/a PUBLIX #376,

     Defendant.

_____/

## **FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal (D.E. #18) filed June 1, 2016, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 2nd day of June, 2016.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Edwin G. Torres
All Counsel of Record